462 A.2d 215

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Samuel CONYERS, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 29, 1983.

Decided July 8, 1983.

Lewis S. Small, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

460

## ORDER

PER CURIAM.

This case is hereby remanded for an evidentiary hearing solely on the issue of whether trial counsel was ineffective for failing to request a continuance at the degree of guilt hearing convened on December 13, 1979.